UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL GATTO, ROBERT SMITH, JOHN COLUSSI, STEVEN HILL, ROBERT CASTON, & JOHN MATERASSO,<br><br>                              Plaintiffs,<br>-against-<br><br>SENTRY SERVICES, INC., SENTRY SERVICES, LTD., SENTRY SERVICES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, SENTRY SERVICES, LTD. EMPLOYEE STOCK OWNERSHIP PLAN, SENTRY SERVICES, LTD. EMPLOYEE STOCK OWNERSHIP TRUST, MAYRICH CONSTRUCTION CORP., MAYRICH FOUNDATION COMPANY LLC, MAYRICH EQUIPMENT CORP., SBG CONSTRUCTION CORP., TRENDCEPTS INTERNATIONAL, INC., RICHARD SHAW, SHAW FINANCIAL SERVICES, INC., JOHN GIACOPELLI, RICHARD GIACOPELLI, AND JOSEPH SCOTT,<br><br>                              Defendants. | No. 13 Civ. 5721 (RMB) |

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE THAT, Plaintiffs now move this Court before the Honorable Judge Berman at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on May 18, 2015 at 10:00 a.m., for an order: (1) granting final approval of this class action settlement and certification of the settlement class; and (2) granting Plaintiffs' motion for attorneys' fees, reimbursement of costs, and service awards to the Named Plaintiffs. This unopposed motion is based on the accompanying Memorandum of Law In Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement, the Declarations of Daniel Feinberg, Jarrod Salinas, and Michael New, all other pleadings and matters of record, including Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards to Named Plaintiffs and supporting documents, and any additional evidence or argument as may be presented.

Dated: May 4, 2015                                    Respectfully submitted,

                                                         By: /s/ Daniel Feinberg
                                                             Daniel Feinberg

                                                             LEWIS, FEINBERG,
                                                             LEE & JACKSON, P.C.
                                                             Daniel Feinberg (admitted pro hac vice)
                                                             Julie Wilensky (admitted pro hac vice)
                                                             476 9th Street, Oakland, CA 94607
                                                             Tel.: (510) 839-6824

                                                             SIRI & GLIMSTAD LLP
                                                             Aaron Siri
                                                             120 East 31st Street
                                                             New York, New York 10016
                                                             Tel.: (212) 532-1091

                                                             *Attorneys for Plaintiffs and the Settlement Class*

1