# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/2015

------------------------------------------------------------X

PAUL GATTO, ROBERT SMTH, JOHN COLUSSI, STEVEN HILL, ROBERT CASTON, & JOHN MATERASSO,

                            Plaintiffs,

                  -against-

SENTRY SERVICES, INC., SENTRY SERVICES, LTD, SENTRY SERVICES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, SENTRY SERVICES, LTD. EMPLOYEE STOCK OWNERSHIP PLAN, SENTRY SERVICES, LTD. EMPLOYEE STOCK OWNERSHIP TRUST, MAYRICH CONSTRUCTION CORP., MAYRICH FOUNDATION COMPANY LLC, MAYRICH EQUIPMENT CORP. SBG CONSTRCTION CORP., TRENDCEPTS INTERNATIONAL, INC., RICHARD SHAW, SHAW FINANCIAL SERVICES, INC., JOHN GIACOPELLI, RICHARD GIACOPELLI, AND JOSEPH SCOTT,

                            Defendants.

------------------------------------------------------------X

13 **CIVIL** 5721 (RMB) (GWG)

## **JUDGMENT**

Whereas this matter having came before the Court on May 18, 2015 for final approval of the proposed Class Settlement (the "Settlement") and on motion by Plaintiffs for attorneys' fees, reimbursement of expenses, and service awards for the Named Plaintiffs, and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on May 18, 2015, having rendered its Amended Order granting (1) final approval of class action settlement; (2) motion for attorneys' fees and reimbursement of expenses; and (3) Final Judgment, reserving exclusive and continuing jurisdiction over the class action, the Named Plaintiffs, the Class, and the Defendants for purposes of taking such action s may be necessary to administer, implement, or

enforce the Settlement, including resolving any disputes over administration of the Settlement, dismissing with prejudice all claims in this action, and directing the Clerk of the Court to enter Final Judgment in this action pursuant to Fed. R. Civ. P. 58, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated May 18, 2015, Final Judgment is entered as follows:

The Court grants (1) final approval of class action settlement; (2) motion for attorneys' fees and reimbursement of expenses; and (3) Final Judgment;

The Court reserves exclusive and continuing jurisdiction over the class action, the Named Plaintiffs, the Class, and the Defendants for purposes of taking such actions may be necessary to administer, implement, or enforce the Settlement, including resolving any disputes over administration of the Settlement; and

The Court dismisses with prejudice all claims in this action.

**Dated:** New York, New York
May 28, 2015

**RUBY J. KRAJICK**
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____